**\*\*NOT FOR PRINTED PUBLICATION\*\***

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **KIMBERLY SCOTT,** | § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 1:16-cv-00284-RC** |
| v. | § § | **VSL** |
| **CONN APPLIANCES, INC.,** | § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL

On this day, the court considered the Parties' Stipulation of Dismissal (Dkt. # 7). The parties have stipulated that all claims in this matter are subject to binding arbitration and request the court to order this action to arbitration and dismiss this matter in its entirety.

This case is therefore ORDERED to arbitration.

IT IS FURTHER ORDERED that this case is DISMISSED, with each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.

The Clerk is directed to CLOSE this case.

So **ORDERED** and **SIGNED** this **14** day of **October, 2016.**

_____
Ron Clark, United States District Judge